HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ALBERTO VALENCIA-CORNELIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTO VALENCIA-CORNELIO,<br><br>Defendant. | Case No. 1:24-mj-00128-BAM-1<br><br>**STIPULATION TO CONTINUE DETENTION HEARING; AND ORDER**<br><br>Date:  November 13, 2024<br>Time:  2:00 p.m.<br>Judge: Hon. Stanley A. Boone |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Luke Baty, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Alberto Valencia-Cornelio, that the Court may continue the detention hearing currently scheduled for November 8, 2024, to November 13, 2024, at 2:00 p.m.

On November 7, 2024, undersigned defense counsel received an email from United States Pretrial Services Officer Evette Perez advising that Mr. Valencia-Cornelio declined to participate in the pretrial interview without counsel present. To allow defense counsel to participate in the interview and to permit the Pretrial Services Office sufficient time to draft the report, the parties request that the Court continue the detention hearing to November 13, 2024, at 2:00 p.m.

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: November 7, 2024  /s/ Luke Baty
LUKE BATY
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: November 7, 2024  /s/ Erin Snider
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
ALBERTO VALENCIA-CORNELIO

**O R D E R**

**IT IS SO ORDERED.** The detention hearing and status conference scheduled for November 8, 2024, is hereby continued to **November 13, 2024, at 2:00 p.m. before Magistrate Judge Stanley A. Boone**.

IT IS SO ORDERED.

Dated:   **November 7, 2024**        /s/ Barbara A. McAuliffe
                            UNITED STATES MAGISTRATE JUDGE